No. 22101.

FRANK D. SWAZO *v.* THE PEOPLE OF THE STATE OF
COLORADO.
(427 P. 2d 322)

Decided May 8, 1967.     Rehearing denied May 29, 1967.

DONALD L. LOZOW, ALEX STEPHEN KELLER, for plaintiff
in error.

DUKE W. DUNBAR, Attorney General, FRANK E. HICKEY,
Deputy, GEORGE E. DEROOS, Assistant, for defendant in
error.

*In Department.*

Opinion by MR. CHIEF JUSTICE MOORE.

THE above entitled cause is a companion case to
*Martinez v. People,* 162 Colo. 195, 425 P.2d 299.

The above named plaintiff in error was arrested at
the same time and under the same circumstances ap-
plicable to Martin S. Martinez. No good purpose would
be served by reciting the facts which are fully set forth
in *Martinez v. People, supra.* The points relied on for
reversal in the instant action are substantially the same
as those urged in that case.

For the reasons set forth in detail in *Martinez, supra,*
the judgment in the instant case is affirmed.

MR. JUSTICE SUTTON, MR. JUSTICE DAY and MR. JUSTICE
HODGES concur.